■ In the Matter of DEBORAH E.C., Appellant, v SHAWN K., Appellant, and GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [881 NYS2d 341]—Appeals from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered December 17, 2007 in a proceeding pursuant to Family Court Act article 10. The order denied the modification petition for custody.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Deborah E.C. v Shawn K.* (63 AD3d 1724 [2009]). Present—Centra, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ In the Matter of SETH K., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHAWN K., Appellant. (Appeal No. 3.) [880 NYS2d 595]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered October 2, 2008 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Deborah E.C. v Shawn K.* (63 AD3d 1724 [2009]). Present—Centra, J.P., Peradotto, Green, Pine and Gorski, JJ.